## CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Alexis AGUIRRE**<br>DOB: 1991; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**23-04640MJ** |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about September 10, 2023, in the District of Arizona, **Alexis AGUIRRE** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: two (2) AK-47 variant rifles; two (2) AR upper receivers; and six (6) rounds of .223 caliber ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
On September 10, 2023, **Alexis AGUIRRE** attempted to exit the United States and enter the Republic of Mexico through the Lukeville Port of Entry near Ajo, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Alexis AGUIRRE**, who was the driver and sole occupant of a brown 2002 Chevrolet Silverado bearing Arizona license plate BRD9836 and registered to his mother. During the southbound inspection a Customs and Border Protection Officer (CBPOs) asked **AGUIRRE** where he was traveling to and if he was in possession of any firearms, ammunition, or excess of $10,000.00. **AGUIRRE** responded he was traveling to Mexico from Phoenix, Arizona and only had money from his debit card. CBPOs received a negative oral binding declaration to having weapons, ammunition, narcotics, and currency more than $10,000.00. CBPOs escorted **AGUIRRE** to a pedestrian office while the vehicle was searched in a secondary inspection area. In the secondary inspection of the vehicle, CBP's noticed signs of tampering to the bolts which secure the rear seat to the floorboard. CBPOs lifted the rear seat and discovered a magazine with six (6) rounds of .223 ammunition located under the rear seat of the vehicle. Upon further inspection, CBPOs observed what appeared to be barrels of rifles further concealed behind the backseat. CBPOs searched behind the rear seat of the vehicle and discovered two (2) AK-47 variant rifles and two (2) completely assembled AR upper receivers.

During a post-*Miranda* interview, **AGUIRRE** denied knowledge of the weapons in the vehicle. **AGUIRRE** stated that he did not possess a license to export firearms. When questioned if he knew if there were weapons in the vehicle, **AGUIRRE** stated "I never really know what it's going to be." **AGUIRRE** continued "Today, I didn't know what I had in the truck, it just got loaded and I just drove." **AGUIRRE** explained that the vehicle was out of his possession for a few days until he picked it up from an undisclosed location.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *Raquel Arellano*    Digitally signed by RAQUEL ARELLANO Date: 2023.09.11 13:51:46 -07'00' | SIGNATURE OF COMPLAINANT<br>BRUNO VALDEZ RAYGOZA JR   Digitally signed by BRUNO VALDEZ RAYGOZA JR Date: 2023.09.11 14:02:11 -07'00'<br><br>OFFICIAL TITLE<br>HSI Special Agent Bruno Valdez |
|---|---|
| **Sworn by telephone  x** | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Maria S. Aguilera* | DATE<br>September 11, 2023 |

1)   See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

The firearms and upper receivers found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license.

